UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARLON CASTRO, OCTAVIO RANGEL,
MARTIN VASQUEZ, ALFREDO MARTINEZ,
RODOLFO MENDEZ, GERARDO ANGULO,
JUAN MARTINEZ, JOSE CERVANTES,
SERGIO SANCHEZ, ISRAEL SANCHEZ,
MARTINE PEREZ, GUILLERMO MENDOZA,
OMAR CASTILLO, and AMANDO MARTINEZ,
on behalf of themselves and all others similarly
situated,

                *Plaintiffs*,

    -against-

SPICE PLACE, INC., SPICE AVE., INC.,
BANGKOK PALACE II, INC., SPICE CITY,
INC., SPICE WEST, INC., KITLEN
MANAGEMENT, INC., JUTTANA
RIMREARTWATE, THANADHAM
THANEESAENGSIRI, KARNDA
VAJIRABANJONG, KEVIN LEATHERS,
KITTIGRON LIRTPANARUK, YONGYUT
LIMLEARTVATE, and YUANYONG
RIMREARTWATE,

                *Defendants.*
------------------------------------------------------------X

**CONSENT TO JOIN LAWSUIT**

**CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA**

07 CV

ECF Case

TO:    Clerk of Court, Southern District of New York
         500 Pearl Street, New York, New York 10007

      I hereby consent to join this lawsuit as a party plaintiff.

      (Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

| | |
|---|---|
| Name / Nombre: | Catarino De Los Santa |
| Address / Direccion: | 39-28 99th Street |
| | Queens, NY |
| Phone Number / Numero de Teléfono: | (646) 761-9013 |
| Legal Representative / Abogado: | Michael Faillace & Associates, P.C. |
| Other / Otro: | N/A |
| Signature / Firma: | [signature] |
| Date / Fecha: | 06.02.07 |