**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MARLON CASTRO, OCTAVIO RANGEL,
MARTIN VASQUEZ, ALFREDO MARTINEZ,
RODOLFO MENDEZ, GERARDO ANGULO,
JUAN MARTINEZ, JOSE CERVANTES,
SERGIO SANCHEZ, ISRAEL SANCHEZ,
MARTINE PEREZ, GUILLERMO MENDOZA,       **CONSENT TO JOIN LAWSUIT**
OMAR CASTILLO, and AMANDO MARTINEZ,
on behalf of themselves and all others similarly    **CONSENTIMIENTO**
situated,                                           **PARA HACER**
                          *Plaintiffs*,             **PARTE DE UNA DEMANDA**

            -against-

SPICE PLACE, INC., SPICE AVE., INC.,    **07 CV**
BANGKOK PALACE II, INC., SPICE CITY,
INC., SPICE WEST, INC., KITLEN          **ECF Case**
MANAGEMENT, INC., JUTTANA
RIMREARTWATE, THANADHAM
THANEESAENGSIRI, KARNDA
VAJIRABANJONG, KEVIN LEATHERS,
KITTIGRON LIRTPANARUK, YONGYUT
LIMLEARTVATE, and YUANYONG
RIMREARTWATE,
                          *Defendants.*
-------------------------------------------------------------X

TO:    Clerk of Court, Southern District of New York
       500 Pearl Street, New York, New York 10007


       I hereby consent to join this lawsuit as a party plaintiff.

       (Yo, por medio de este documento, doy mi consentimiento para formar parte de la
       demanda como uno de los demandantes.)

Name / Nombre:  Humberto Otlica

Address / Direccion:  80-15 41st Avenue, Apt. 339

Jackson Heights, NY

Phone Number / Numero de Teléfono:  (917) 684-0680

Legal Representative / Abogado:  Michael Faillace & Associates, P.C.

Other / Otro:  N/A

Signature / Firma:  _Humberto Otlica_

Date / Fecha:  02-06-07