UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARLON CASTRO, OCTAVIO RANGEL,
MARTIN VASQUEZ, ALFREDO MARTINEZ,
RODOLFO MENDEZ, GERARDO ANGULO,
JUAN MARTINEZ, JOSE CERVANTES,
SERGIO SANCHEZ, ISRAEL SANCHEZ,
MARTINE PEREZ, GUILLERMO MENDOZA,    **CONSENT TO JOIN LAWSUIT**
OMAR CASTILLO, and AMANDO MARTINEZ,
on behalf of themselves and all others similarly   **CONSENTIMIENTO**
situated,                                            **PARA HACER**
                                                     **PARTE DE UNA DEMANDA**
               *Plaintiffs*,

     -against-

SPICE PLACE, INC., SPICE AVE., INC.,          07 CV
BANGKOK PALACE II, INC., SPICE CITY,
INC., SPICE WEST, INC., KITLEN               **ECF Case**
MANAGEMENT, INC., JUTTANA
RIMREARTWATE, THANADHAM
THANEESAENGSIRI, KARNDA
VAJIRABANJONG, KEVIN LEATHERS,
KITTIGRON LIRTPANARUK, YONGYUT
LIMLEARTVATE, and YUANYONG
RIMREARTWATE,
               *Defendants*.
-------------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
        500 Pearl Street, New York, New York 10007

     I hereby consent to join this lawsuit as a party plaintiff.

     (Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

| | |
|---|---|
| Name / Nombre: | Jose Castillo |
| Address / Direccion: | 46-11 88th Street, Apt. 3A |
| | Corona, NY |
| Phone Number / Numero de Teléfono: | (718) 760-4646 |
| Legal Representative / Abogado: | Michael Faillace & Associates, P.C. |
| Other / Otro: | N/A |
| Signature / Firma: | *Jose Castillo* |
| Date / Fecha: | 6.02.07 |