**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARLON CASTRO, OCTAVIO RANGEL,
MARTIN VASQUEZ, ALFREDO MARTINEZ,
RODOLFO MENDEZ, GERARDO ANGULO,
JUAN MARTINEZ, JOSE CERVANTES,
SERGIO SANCHEZ, ISRAEL SANCHEZ,
MARTINE PEREZ, GUILLERMO MENDOZA,       **CONSENT TO JOIN LAWSUIT**
OMAR CASTILLO, and AMANDO MARTINEZ,
on behalf of themselves and all others similarly         **CONSENTIMIENTO**
situated,                                                **PARA HACER**
          *Plaintiffs,*                **PARTE DE UNA DEMANDA**

    -against-

SPICE PLACE, INC., SPICE AVE., INC.,                     **07 CV**
BANGKOK PALACE II, INC., SPICE CITY,
INC., SPICE WEST, INC., KITLEN                           **ECF Case**
MANAGEMENT, INC., JUTTANA
RIMREARTWATE, THANADHAM
THANEESAENGSIRI, KARNDA
VAJIRABANJONG, KEVIN LEATHERS,
KITTIGRON LIRTPANARUK, YONGYUT
LIMLEARTVATE, and YUANYONG
RIMREARTWATE,
          *Defendants.*
------------------------------------------------------------X

TO:    Clerk of Court, Southern District of New York
        500 Pearl Street, New York, New York 10007

      I hereby consent to join this lawsuit as a party plaintiff.

      (Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

| | |
|---|---|
| Name / Nombre: | Jorge Rosas |
| Address / Direccion: | 1214 Boyntom Avenue, Apt. 4 |
| | Bronx, NY |
| Phone Number / Numero de Teléfono: | (646) 797-9761 |
| Legal Representative / Abogado: | Michael Faillace & Associates, P.C. |
| Other / Otro: | N/A |
| Signature / Firma: | *Jorge Rosas* |
| Date / Fecha: | 06/02/007 |