UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARLON CASTRO, OCTAVIO RANGEL,
MARTIN VASQUEZ, ALFREDO MARTINEZ,
RODOLFO MENDEZ, GERARDO ANGULO,
JUAN MARTINEZ, JOSE CERVANTES,
SERGIO SANCHEZ, ISRAEL SANCHEZ,
MARTINE PEREZ, GUILLERMO MENDOZA,            **CONSENT TO JOIN LAWSUIT**
OMAR CASTILLO, and AMANDO MARTINEZ,
on behalf of themselves and all others similarly   **CONSENTIMIENTO**
situated,                                          **PARA HACER**
                                                   **PARTE DE UNA DEMANDA**
                        *Plaintiffs*,

      -against-

SPICE PLACE, INC., SPICE AVE., INC.,            07 CV
BANGKOK PALACE II, INC., SPICE CITY,
INC., SPICE WEST, INC., KITLEN                  **ECF Case**
MANAGEMENT, INC., JUTTANA
RIMREARTWATE, THANADHAM
THANEESAENGSIRI, KARNDA
VAJIRABANJONG, KEVIN LEATHERS,
KITTIGRON LIRTPANARUK, YONGYUT
LIMLEARTVATE, and YUANYONG
RIMREARTWATE,
                        *Defendants*.
------------------------------------------------------------X

TO:    Clerk of Court, Southern District of New York
        500 Pearl Street, New York, New York 10007

        I hereby consent to join this lawsuit as a party plaintiff.

        (Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

| | |
|---|---|
| Name / Nombre: | Juan Martinez |
| Address / Direccion: | 918 77th Street |
| | Ozone Park, NY 11416 |
| Phone Number / Numero de Teléfono: | (347) 392-1512 |
| Legal Representative / Abogado: | Michael Faillace & Associates, P.C. |
| Other / Otro: | N/A |
| Signature / Firma: | *Juan Mtz* |
| Date / Fecha: | 06/02/07 |