UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARLON CASTRO, OCTAVIO RANGEL,
MARTIN VASQUEZ, ALFREDO MARTINEZ,
RODOLFO MENDEZ, GERARDO ANGULO,
JUAN MARTINEZ, JOSE CERVANTES,
SERGIO SANCHEZ, ISRAEL SANCHEZ,
MARTINE PEREZ, GUILLERMO MENDOZA,   **CONSENT TO JOIN LAWSUIT**
OMAR CASTILLO, and AMANDO MARTINEZ,
on behalf of themselves and all others similarly   **CONSENTIMIENTO**
situated,   **PARA HACER**
   **PARTE DE UNA DEMANDA**
                *Plaintiffs*,

    -against-

SPICE PLACE, INC., SPICE AVE., INC.,   **07 CV**
BANGKOK PALACE II, INC., SPICE CITY,
INC., SPICE WEST, INC., KITLEN   **ECF Case**
MANAGEMENT, INC., JUTTANA
RIMREARTWATE, THANADHAM
THANEESAENGSIRI, KARNDA
VAJIRABANJONG, KEVIN LEATHERS,
KITTIGRON LIRTPANARUK, YONGYUT
LIMLEARTVATE, and YUANYONG
RIMREARTWATE,
                *Defendants.*
------------------------------------------------------------X

TO:    Clerk of Court, Southern District of New York
        500 Pearl Street, New York, New York 10007

      I hereby consent to join this lawsuit as a party plaintiff.

      (Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

Name / Nombre:                                  Martin Vazquez

Address / Direccion:                            918 77th Street

                                                Ozone Park, NY 11416

Phone Number / Numero de Teléfono:              (347) 392-8682

Legal Representative / Abogado:                 Michael Faillace & Associates, P.C.

        Other / Otro:                           N/A

Signature / Firma:                              *Martin Vazquez*

Date / Fecha:                                   06-02-07