UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARLON CASTRO, OCTAVIO RANGEL,
MARTIN VASQUEZ, ALFREDO MARTINEZ,
RODOLFO MENDEZ, GERARDO ANGULO,
JUAN MARTINEZ, JOSE CERVANTES,
SERGIO SANCHEZ, ISRAEL SANCHEZ,
MARTINE PEREZ, GUILLERMO MENDOZA,   **CONSENT TO JOIN LAWSUIT**
OMAR CASTILLO, and AMANDO MARTINEZ,
on behalf of themselves and all others similarly    **CONSENTIMIENTO**
situated,                                            **PARA HACER**
               *Plaintiffs,*        **PARTE DE UNA DEMANDA**

      -against-

SPICE PLACE, INC., SPICE AVE., INC.,              07 CV
BANGKOK PALACE II, INC., SPICE CITY,
INC., SPICE WEST, INC., KITLEN                    **ECF Case**
MANAGEMENT, INC., JUTTANA
RIMREARTWATE, THANADHAM
THANEESAENGSIRI, KARNDA
VAJIRABANJONG, KEVIN LEATHERS,
KITTIGRON LIRTPANARUK, YONGYUT
LIMLEARTVATE, and YUANYONG
RIMREARTWATE,
               *Defendants.*
-----------------------------------------------------------X

TO:    Clerk of Court, Southern District of New York
         500 Pearl Street, New York, New York 10007

       I hereby consent to join this lawsuit as a party plaintiff.

       (Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

| | |
|---|---|
| Name / Nombre: | Marlon Castro |
| Address / Direccion: | 2054 E. 60th Street |
| | Brooklyn, NY 11234 |
| Phone Number / Numero de Teléfono: | (646) 281-4159 |
| Legal Representative / Abogado: | Michael Faillace & Associates, P.C. |
| Other / Otro: | N/A |
| Signature / Firma: | [signature] |
| Date / Fecha: | 06-05/07 |