UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARLON CASTRO, OCTAVIO RANGEL,
MARTIN VASQUEZ, ALFREDO MARTINEZ,
RODOLFO MENDEZ, GERARDO ANGULO,
JUAN MARTINEZ, JOSE CERVANTES,
SERGIO SANCHEZ, ISRAEL SANCHEZ,
MARTINE PEREZ, GUILLERMO MENDOZA,      **CONSENT TO JOIN LAWSUIT**
OMAR CASTILLO, and AMANDO MARTINEZ,
on behalf of themselves and all others similarly       **CONSENTIMIENTO**
situated,                                              **PARA HACER**
                *Plaintiffs*,       **PARTE DE UNA DEMANDA**

     -against-

SPICE PLACE, INC., SPICE AVE., INC.,       **07 CV 4657 (RWS)(DFE)**
BANGKOK PALACE II, INC., SPICE CITY,
INC., SPICE WEST, INC., KITLEN            **ECF Case**
MANAGEMENT, INC., JUTTANA
RIMREARTWATE, THANADHAM
THANEESAENGSIRI, KARNDA
VAJIRABANJONG, KEVIN LEATHERS,
KITTIGRON LIRTPANARUK, YONGYUT
LIMLEARTVATE, and YUANYONG
RIMREARTWATE,
                *Defendants*.
------------------------------------------------------------X

TO:    Clerk of Court, Southern District of New York
         500 Pearl Street, New York, New York 10007

      I hereby consent to join this lawsuit as a party plaintiff.

      (Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

Name / Nombre:                                Sergio Sanchez

Address / Direccion:                          41-06 76th Street, Apt. 2

                                              Jackson Hieghts, NY 11373

Phone Number / Numero de Teléfono:            (646) 386-6905

Legal Representative / Abogado:               Michael Faillace & Associates, P.C.

    Other / Otro:                             N/A

Signature / Firma:                            _[signature]_

Date / Fecha:                                 6/06/07