UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARLON CASTRO, OCTAVIO RANGEL,
MARTIN VASQUEZ, ALFREDO MARTINEZ,
RODOLFO MENDEZ, GERARDO ANGULO,
JUAN MARTINEZ, JOSE CERVANTES,
SERGIO SANCHEZ, ISRAEL SANCHEZ,
MARTINE PEREZ, GUILLERMO MENDOZA,   **CONSENT TO JOIN LAWSUIT**
OMAR CASTILLO, and AMANDO MARTINEZ,
on behalf of themselves and all others similarly   **CONSENTIMIENTO**
situated,   **PARA HACER**
　　　　　　　　　　*Plaintiffs*,   **PARTE DE UNA DEMANDA**

　　　　-against-

SPICE PLACE, INC., SPICE AVE., INC.,   07 CV 4657 (RWS)(DFE)
BANGKOK PALACE II, INC., SPICE CITY,
INC., SPICE WEST, INC., KITLEN
MANAGEMENT, INC., JUTTANA   **ECF Case**
RIMREARTWATE, THANADHAM
THANEESAENGSIRI, KARNDA
VAJIRABANJONG, KEVIN LEATHERS,
KITTIGRON LIRTPANARUK, YONGYUT
LIMLEARTVATE, and YUANYONG
RIMREARTWATE,
　　　　　　　　　　*Defendants*.
------------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
　　　500 Pearl Street, New York, New York 10007


　　　I hereby consent to join this lawsuit as a party plaintiff.

　　　(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

Name / Nombre:                          Omar Castillo

Address / Direccion:                    8906 Jamaica Ave., 3rd Floor

                                        Woodhaven, NY 11421

Phone Number / Numero de Teléfono:      (646) 683-9727


Legal Representative / Abogado:         Michael Faillace & Associates, P.C.

            Other / Otro:               N/A

Signature / Firma:                      [signature]

Date / Fecha:                           06/06/2007