UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARLON CASTRO, OCTAVIO RANGEL,
MARTIN VASQUEZ, ALFREDO MARTINEZ,
RODOLFO MENDEZ, GERARDO ANGULO,
JUAN MARTINEZ, JOSE CERVANTES,
SERGIO SANCHEZ, ISRAEL SANCHEZ,
MARTINE PEREZ, GUILLERMO MENDOZA,    **CONSENT TO JOIN LAWSUIT**
OMAR CASTILLO, and AMANDO MARTINEZ,
on behalf of themselves and all others similarly    **CONSENTIMIENTO**
situated,                                            **PARA HACER**
                                                     **PARTE DE UNA DEMANDA**
                    *Plaintiffs,*

             -against-

SPICE PLACE, INC., SPICE AVE., INC.,                 07 CV 4657 (RWS)(DFE)
BANGKOK PALACE II, INC., SPICE CITY,
INC., SPICE WEST, INC., KITLEN                       **ECF Case**
MANAGEMENT, INC., JUTTANA
RIMREARTWATE, THANADHAM
THANEESAENGSIRI, KARNDA
VAJIRABANJONG, KEVIN LEATHERS,
KITTIGRON LIRTPANARUK, YONGYUT
LIMLEARTVATE, and YUANYONG
RIMREARTWATE,
                    *Defendants.*
-----------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
      500 Pearl Street, New York, New York 10007


      I hereby consent to join this lawsuit as a party plaintiff.

      (Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

| | |
|---|---|
| Name / Nombre: | Ramiro Lopez |
| Address / Direccion: | 44-25 65th Street |
| | Woodside, New York 11377 |
| Phone Number / Numero de Teléfono: | (347) 624-9388 |
| Legal Representative / Abogado: | Michael Faillace & Associates, P.C. |
| Other / Otro: | N/A |
| Signature / Firma: | *[signature]* |
| Date / Fecha: | 8 de Junio 2007 |