MARLON CASTRO, ETAL

                Plaintiff(s)

Index # 07 CV 4657 (SWEET)

- against -

Purchased June 1, 2007

SPICE PLACE, INC., ETAL

                Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

LINDEN BLACKMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 9, 2007 at 07:22 PM at

40-31 73RD STREET
APT 2B
WOODSIDE, NY 11377

deponent served the within SUMMONS AND COMPLAINT on KITTIGRON LIRTPANARUK therein named,

**SUITABLE AGE**   by delivering thereat a true copy of each to YONGYUT LIMLEARTUATE a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the RELATIVE of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BLACK | 42 | 5'6 | 160 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

40-31 73RD STREET
APT 2B
WOODSIDE, NY 11377

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 12, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**   Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: June 12, 2007

JOEL GRABER    MICHAEL SMITH    JONATHAN GRABER    **LINDEN BLACKMAN**
Notary Public, State of New York   Notary Public, State of New York   Notary Public, State of New York   License #: 871311
No. 02GR4699723   No. 01SM4997428   No. 01GR6156780   Invoice #: 441891
Qualified in New York County   Qualified in New York County   Qualified in New York County
Comm. Expires February 10, 2010   Comm. Expires June 8, 2010   Comm. Expires December 4, 2010

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728