UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                        :

MARLON CASTRO, et al.,                :        07 CV 4657 (RWS)(DFE)

               Plaintiffs,       :
        - v. -                            :        **NOTICE OF APPEARANCE**

SPICE PLACE, INC., et al.,         :

               Defendants.     :

---------------------------------------------------------------x

      PLEASE TAKE NOTICE, that Richard E. Signorelli of the Law Office of Richard E. Signorelli, an attorney admitted to practice in the United States District Court for the Southern District of New York, hereby appears as counsel of record for each of the named defendants in the above-captioned case.

Dated: June 20, 2007
      New York, New York

                                             LAW OFFICE OF
                                             RICHARD E. SIGNORELLI

                                             /s/

                        By:   _____
                                   Richard E. Signorelli (RS-7976)
                                   799 Broadway, Suite 539
                                   New York, NY 10003
                                   Telephone:   212 254 4218
                                   Facsimile:    212 254 1396
                                   rsignorelli@nycLITIGATOR.com℠
                                   www.nycLITIGATOR.com℠
                                   Attorney for the Defendants