UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARLON CASTRO, et al.,

                    Plaintiffs,

- v. -

SPICE PLACE, INC., et al.,

                    Defendants.

-----------------------------------------------------------X

07 CV 4657 (RWS)(DFE)

**NOTICE OF DISMISSAL & STIPULATION AND ORDER**

## NOTICE OF DISMISSAL

The above-captioned action having been filed by plaintiffs on June 1, 2007 against each of the defendants, and defendants JUTTANA RIMREARTWATE, THANADHAM THANEESAENGSIRI, KARNDA VAJIRABANJONG, KEVIN LEATHERS, and YUANYONG RIMREARTWATE having not yet answered or moved, plaintiffs hereby voluntarily dismiss their claims against only JUTTANA RIMREARTWATE, THANADHAM THANEESAENGSIRI, KARNDA VAJIRABANJONG, KEVIN LEATHERS, and YUANYONG RIMREARTWATE, without prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1).

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that the date by which all other named defendants, SPICE PLACE, INC., SPICE AVENUE, INC., BANGKOK PALACE II, INC., SPICE CITY, INC., SPICE WEST, INC., KITLEN MANAGEMENT, INC., KITTIGRON LIRTPANARUK, AND YONGYUT LIMLEARTVATE, are to serve their answer or otherwise respond to the Complaint is extended

through and including August 3, 2007;

    IT IS FURTHER STIPULATED AND AGREED, by and between counsel for the undersigned parties, that copies of facsimile or electronic signatures on this stipulation, in counterparts or otherwise, have the same force and effect as if they were each original signatures appearing on the same document.

Dated: June 20, 2007
       New York, New York

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____
Michael A. Faillace (MF 8436)  Michael Yim (MY-5335)
110 East 59th Street, 32nd Floor
New York, NY 10022
Telephone:   212 317 1200
Facsimile:    212 317 1620
faillace@employmentcompliance.com
Attorneys for the Plaintiffs

LAW OFFICE OF RICHARD E. SIGNORELLI

By: _____
Richard E. Signorelli (RS-7976)
799 Broadway, Suite 539
New York, NY 10003
Telephone:   212 254 4218
Facsimile:    212 254 1396
rsignorelli@nycLITIGATOR.com
Attorneys for the Defendants

SO ORDERED:

_____
U.S.D.J.

2