UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARLON CASTRO, et al.,

                               Plaintiffs,        **07 CV 4657 (RWS) (DFE)**

        -against-                          **NOTICE OF APPEARANCE**

SPICE PLACE, INC., et al.,

                               Defendants.
------------------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        Please enter my appearance as co-counsel in this case with the Law Office of Richard E. Signorelli for defendants SPICE PLACE, INC., SPICE AVENUE, INC., BANGKOK PALACE II, INC., SPICE CITY, INC., SPICE WEST, INC., KITLEN MANAGEMENT, INC., KITTIGRON LIRTPANARUK AND YONGYUT LIMLEARTVATE, in the above-captioned case. I certify that I am admitted to practice in this court.

Dated: Jericho, New York
         June 22, 2007

                                                    LIPMAN & PLESUR, LLP

                             By:           /s/          
                                  Robert D. Lipman (RL 3564)
                                  Co-Counsel for Defendants
                                  500 North Broadway, Suite 105
                                  Jericho, NY 11753
                                  Telephone:  516-931-0050
                                  Facsimile:   516-931-0030