UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
MARLON CASTRO, et al.,                     :     07 CV 4657 (RWS)(DFE)
                                                               :
            Plaintiffs,                            :     **NOTICE OF CLERK ERROR**
      - v. -                                          :     **AS TO NAMED DEFENDANT**
                                                               :
SPICE PLACE, INC., et al.,                   :
                                                               :
            Defendants.                          :
                                                               :
---------------------------------------------------------------x

      PLEASE TAKE NOTICE that there is an error with regard to one entity mistakenly named as a defendant on the docket report for this action.  Though the docket reflects that one of the named defendants is "Juttana Management, Inc.," there is no actual defendant having this name in any summons or complaint filed by the Plaintiffs.  It appears that the name of this entity mistakenly derived from a partial combination of the names of two other named defendants ("Kitlen Management Inc." and "Juttana Rimreartwate").  Accordingly, "Juttana Management, Inc." should not be designated as a defendant in this action and should be deleted from the docket report for this case.

Dated: June 26, 2007
      New York, New York

                                                    LAW OFFICE OF RICHARD E. SIGNORELLI

                                         By:    _____
                                                        Richard E. Signorelli (RS-7976)
                                                          799 Broadway, Suite 539
                                                          New York, NY 10003
                                                          Telephone:   212 254 4218
                                                           Facsimile:    212 254 1396
                                                          www.nycLITIGATOR.com℠
                                                          rsignorelli@nycLITIGATOR.com℠
                                                          Attorneys for the Defendants