UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

MARLON CASTRO, et al.,

                Plaintiffs,

- v. -

SPICE PLACE, INC., et al.,

                Defendants.

----------------------------------------x

07 CV 4657 (RWS)(DFE)

**NOTICE OF DISMISSAL & STIPULATION AND ORDER**

RECEIVED JUN 22 2007 JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
...
6/28/07

## NOTICE OF DISMISSAL

The above-captioned action having been filed by plaintiffs on June 1, 2007 against each of the defendants, and defendants JUTTANA RIMREARTWATE, THANADHAM THANEESAENGSIRI, KARNDA VAJIRABANJONG, KEVIN LEATHERS, and YUANYONG RIMREARTWATE having not yet answered or moved, plaintiffs hereby voluntarily dismiss their claims against only JUTTANA RIMREARTWATE, THANADHAM THANEESAENGSIRI, KARNDA VAJIRABANJONG, KEVIN LEATHERS, and YUANYONG RIMREARTWATE, without prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1).

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that the date by which all other named defendants, SPICE PLACE, INC., SPICE AVENUE, INC., BANGKOK PALACE II, INC., SPICE CITY, INC., SPICE WEST, INC., KITLEN MANAGEMENT, INC., KITTIGRON LIRTPANARUK, AND YONGYUT LIMLEARTVATE, are to serve their answer or otherwise respond to the Complaint is extended

through and including August 3, 2007;

   IT IS FURTHER STIPULATED AND AGREED, by and between counsel for the undersigned parties, that copies of facsimile or electronic signatures on this stipulation, in counterparts or otherwise, have the same force and effect as if they were each original signatures appearing on the same document.

Dated: June 20, 2007
   New York, New York

   MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____
   Michael A. Faillace (MF 8436) Michael Tim (MY-5735)
   110 East 59th Street, 32nd Floor
   New York, NY 10022
   Telephone: 212 317 1200
   Facsimile: 212 317 1620
   faillace@employmentcompliance.com
   Attorneys for the Plaintiffs

   LAW OFFICE OF RICHARD E. SIGNORELLI

By: _____
   Richard E. Signorelli (RS-7976)
   799 Broadway, Suite 539
   New York, NY 10003
   Telephone: 212 254 4218
   Facsimile: 212 254 1396
   rsignorelli@nycLITIGATOR.com
   Attorneys for the Defendants

SO ORDERED:

RMB
_____
U.S.D.J. 6/26/07 PART I

Richard A. Berman

2