RECEIVED AUG 3 2007 JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MARLON CASTRO, et al.,

        Plaintiffs,

- v. -

SPICE PLACE, INC., et al.,

        Defendants.

-------------------------------------------------------X

07 CV 4657 (RWS)(DFE)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that the date by which all named defendants, SPICE PLACE, INC., SPICE AVENUE, INC., BANGKOK PALACE II, INC., SPICE CITY, INC., SPICE WEST, INC., KITLEN MANAGEMENT, INC., KITTIGRON LIRTPANARUK, AND YONGYUT LIMLEARTVATE, are to serve their answer or otherwise respond to the Complaint is extended through and including August 29, 2007;

    IT IS FURTHER STIPULATED AND AGREED, by and between counsel for the undersigned parties, that copies of facsimile or electronic signatures on this stipulation, in counterparts or otherwise, have the same force and effect as if they were each original signatures



8/9/07

appearing on the same document.

Dated: July 27, 2007
New York, New York

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: /s/ Michael Faillace
Michael A. Faillace (MF 8436)
110 East 59th Street, 32nd Floor
New York, NY 10022
Telephone: 212 317 1200
Facsimile: 212 317 1620
faillace@employmentcompliance.com
Attorneys for the Plaintiffs

LAW OFFICE OF RICHARD E. SIGNORELLI

By: /s/ Richard E. Signorelli
Richard E. Signorelli (RS-7976)
799 Broadway, Suite 539
New York, NY 10003
Telephone: 212 254 4218
Facsimile: 212 254 1396
rsignorelli@nycLITIGATOR.com
Attorneys for the Defendants

SO ORDERED: 8-7-07

/s/ Kimba M. Wood
U.S.D.J.

Part I

2