UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARLON CASTRO, et al.,

        Plaintiffs,

- v. -

SPICE PLACE, INC., et al.,

        Defendants.

------------------------------------------------------------x

07 CV 4657 (RWS)(DFE)

**STIPULATION AND ORDER**

RECEIVED AUG 27 2007 JUDGE SWEET CHAMBERS

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that the date by which all named defendants, SPICE PLACE, INC., SPICE AVENUE, INC., BANGKOK PALACE II, INC., SPICE CITY, INC., SPICE WEST, INC., KITLEN MANAGEMENT, INC., KITTIGRON LIRTPANARUK, AND YONGYUT LIMLEARTVATE, are to serve their answer or otherwise respond to the Complaint is extended through and including September 14, 2007;

    IT IS FURTHER STIPULATED AND AGREED, by and between counsel for the undersigned parties, that copies of facsimile or electronic signatures on this stipulation, in counterparts or otherwise, have the same force and effect as if they were each original signatures



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/07

08/27/2007 16:01    2122541396              RICHARDSIGNORELLIESQ           PAGE 03/03
AUG-27-2007 15:10 From:
08/27/2007 15:23    2122541396              RICHARDSIGNORELLIESQ           PAGE 02/02

Case 1:07-cv-04657-RWS    Document 37    Filed 08/31/2007    Page 2 of 2

appearing on the same document.

Dated: August 27, 2007
       New York, New York

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____
Michael A. Faillace (MF 8436)
110 East 59th Street, 32nd Floor
New York, NY 10022
Telephone:   212 317 1200
Facsimile:   212 317 1620
faillace@employmentcompliance.com
Attorneys for the Plaintiffs

LAW OFFICE OF RICHARD E. SIGNORELLI

By: _____
Richard E. Signorelli (RS-7976)
799 Broadway, Suite 539
New York, NY 10003
Telephone    212 254 4218
Facsimile:   212 254 1396
rsignorelli@nycLITIGATOR.com
Attorneys for the Defendants

SO ORDERED:

_____ 8/28/2007
U.S.D.J.
**LAURA TAYLOR SWAIN U.S.D.J.** PART I