UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARLON CASTRO, et al.,                           :              07 CV 4657 (RWS)(DFE)
                                                 :
                              Plaintiffs,        :
                                                 :              **STIPULATION AND ORDER**
              - v. -                             :
                                                 :
SPICE PLACE, INC., et al.,                       :
                                                 :
                              Defendants,        :
                                                 :
---------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the

undersigned parties, that the date by which all named defendants, SPICE PLACE, INC., SPICE

AVENUE, INC., BANGKOK PALACE II, INC., SPICE CITY, INC., SPICE WEST, INC.,

KITLEN MANAGEMENT, INC., KITTIGRON LIRTPANARUK, AND YONGYUT

LIMLEARTVATE, are to serve their answer or otherwise respond to the Complaint is extended

through and including October 12, 2007;

        IT IS FURTHER STIPULATED AND AGREED, by and between counsel for the

undersigned parties, that copies of facsimile or electronic signatures on this stipulation, in

counterparts or otherwise, have the same force and effect as if they were each original signatures



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  9/12/07

appearing on the same document.

Dated: September 11, 2007
       New York, New York

MICHAEL FAILLACE & ASSOCIATES, P.C.

By:

Michael A. Faillace (MF 8436)
110 East 59th Street, 32nd Floor
New York, NY 10022
Telephone:    212 317 1200
Facsimile:    212 317 1620
faillace@employmentcompliance.com
Attorneys for the Plaintiffs

LAW OFFICE OF RICHARD E. SIGNORELLI

By

Richard E. Signorelli (RS-7976)
799 Broadway, Suite 539
New York, NY 10003
Telephone:    212 254 4218
Facsimile:    212 254 1396
rsignorelli@nycLITIGATOR.com
Attorneys for the Defendants

SO ORDERED:

U.S.D.J.
                9-12-07

2