UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Castro

-v.-

Spice

-----------------------------------------------------------X

: 07 Civ. 4657 (RWS)

ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/07

Please be advised that the conference scheduled for Sept 26, 07 has been rescheduled to Oct 17, 07 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
Sept 26, 07

ROBERT W. SWEET
United States District Judge