UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARLON CASTRO, OCTAVIO RANGEL, MARTIN
VASQUEZ, ALFREDO MARTINEZ, RODOLFO
MENDEZ, GERARDO ANGULO, JUAN MARTINEZ,
JOSE CERVANTES, SERGIO SANCHEZ, ISRAEL
SANCHEZ, MARTINEZ PEREZ, GUILLERMO
MENDOZA, OMAR CASTILLO and AMANDO          **07 CV 4657 (RWS) (DFE)**
MARTINEZ, individually and on behalf of others similarly
situated,                                                            **Rule 7.1(a)**
                                                                     **DISCLOSURE**
                                         Plaintiffs,                 **STATEMENT**


                    -against-


SPICE PLACE, INC., SPICE AVENUE, INC., BANGKOK
PALACE II, INC., SPICE CITY, INC., SPICE WEST,
INC., KITLEN MANAGEMENT, INC., KITTIGRON
LIRTPANARUK and YONGYUT LIMLEARTVATE,

                                         Defendants.
-------------------------------------------------------------------X


        Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for

Defendants Spice Place, Inc., Spice Avenue, Inc., Bangkok Palace II, Inc., Spice City, Inc., Spice

West, Inc. and Kitlen Management, Inc. (private non-governmental parties) certify there are no

parent corporations and Defendants Spice Place, Inc., Spice Avenue, Inc., Bangkok Palace II,

Inc., Spice City, Inc., Spice West, Inc. and Kitlen Management, Inc. are not publicly held

corporations.

Dated: New York, New York
        October 12, 2007

Respectfully submitted,


By:    s/ Richard E. Signorelli
        Richard E. Signorelli (RS 7976)
        Law Office of Richard E. Signorelli
        799 Broadway, Suite 539
        New York, NY  10003
        212-254-4218

        s/ Robert D. Lipman
        Robert D. Lipman (RL 3564)
        David A. Robins (DR 5558)
        Lipman & Plesur, LLP
        The Jericho Atrium
        500 N. Broadway, Suite 105
        Jericho, NY 11753
        516-931-0050

        Attorneys for Defendants