# LAW OFFICE OF
# RICHARD E. SIGNORELLI
## ATTORNEY AT LAW

799 Broadway, Suite 539, New York, New York 10003
Telephone: (212) 254-4218  Cellular: (917) 750-8842  Facsimile: (212) 254-1396
Website: www.nycLITIGATOR.com℠  E-mail: rsignorelli@nycLITIGATOR.com℠

October 14, 2007

<u>Via Facsimile 212 805 7925</u>

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

Re:  <u>Castro, et al. v. Spice Place, Inc., et al.</u>
     07 CV 4657 (RWS)

Dear Judge Sweet:

      With Robert D. Lipman of the firm of Lipman & Plesur, LLP, I represent Spice Place, Inc., Spice Avenue, Inc., Bangkok Palace II, Inc., Spice City, Inc., Spice West, Inc., Kitlen Management, Inc., Kittigron Lirtpanaruk, and Yongyut Limleartvate, the remaining defendants in the above-referenced case.[1] This case involves claims relating to alleged violations of the minimum wage and overtime laws. Issue was joined on October 12, 2007 with the filing of the defendants' answer and a conference has been scheduled to take place before Your Honor for October 17, 2007 at 4:30 p.m.

      Prior to the filing of this lawsuit, the New York State Attorney General had been conducting an extensive investigation of these alleged violations. The defendants have now reached a tentative settlement with the Attorney General's Office that also contemplates the resolution of all claims asserted in this lawsuit, subject to agreement between the Attorney General and the plaintiffs. The agreement with the Attorney General's Office also contemplates that the settlement be effectuated within this lawsuit and on a class-wide basis, subject to a fairness hearing.

      Given the foregoing developments, I respectfully request permission that a

---

[1] Pursuant to a Notice of Dismissal and Stipulation and Order filed on June 28, 2007, plaintiffs voluntarily dismissed their claims against five other individual defendants.

representative from the Attorney General's Labor Bureau be permitted to attend and participate in the conference on Wednesday and that there be no obligation for the parties to this lawsuit to exchange discovery requests or otherwise engage in discovery prior to the conference, as Your Honor's Pretrial Order would otherwise require, in order to contain the litigation costs in this case to an absolute minimum. Thank you for your consideration of this matter.

Respectfully,

*[signature]*

Richard E. Signorelli

cc (via e-mail & facsimile):
Michael A. Faillace, Esq.    212 317 1620
Michael Faillace & Associates, P.C.
Attorney for the Plaintiffs

Jennifer S. Brand, Esq.    212 416 8694
Assistant Attorney General in Charge, Labor Bureau,
Office of the Attorney General for New York State

cc (via e-mail):
Robert D. Lipman, Esq.
Lipman & Plesur, LLP
Co-Counsel for the Defendants