UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Castro

-v.-

Spice Place, Inc.
------------------------------------------------------------X

07 Civ. 4657 (RWS)

Please be advised that the conference scheduled

for __Jun 16, 08__ has been rescheduled to

__Feb 20, 08__ at __4:30pm__ in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York

1/15/08

_____
ROBERT W. SWEET
United States District Judge