UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARLON CASTRO, OCTAVIO RANGEL,
MARTIN VASQUEZ, ALFREDO MARTINEZ,
RODOLFO MENDEZ, GERARDO ANGULO,
JUAN MARTINEZ, JOSE CERVANTES,
SERGIO SANCHEZ, ISRAEL SANCHEZ,
MARTINE PEREZ, GUILLERMO MENDOZA,     **CONSENT TO JOIN LAWSUIT**
OMAR CASTILLO, and AMANDO MARTINEZ,
on behalf of themselves and all others similarly      **CONSENTIMIENTO**
situated,                                             **PARA HACER**
                    *Plaintiffs*,                **PARTE DE UNA DEMANDA**

      -against-

SPICE PLACE, INC., SPICE AVE., INC.,                  07 CV 4657
BANGKOK PALACE II, INC., SPICE CITY,
INC., SPICE WEST, INC., KITLEN                        **ECF Case**
MANAGEMENT, INC., JUTTANA
RIMREARTWATE, THANADHAM
THANEESAENGSIRI, KARNDA
VAJIRABANJONG, KEVIN LEATHERS,
KITTIGRON LIRTPANARUK, YONGYUT
LIMLEARTVATE, and YUANYONG
RIMREARTWATE,
                    *Defendants.*
------------------------------------------------------------X

TO:    Clerk of Court, Southern District of New York
          500 Pearl Street, New York, New York 10007

      I hereby consent to join this lawsuit as a party plaintiff.

      (Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

| | |
|---|---|
| Name / Nombre: | **Modesto Perez** |
| Address / Direccion: | **95-15 131 St.** |
| | **2nd floor** |
| Phone Number / Numero de Teléfono: | **Jamaica, New York  11419** |
| | **347 691 4316** |
| Legal Representative / Abogado: | _____ |
| Other / Otro: | |
| Signature / Firma: | Michael Faillace & Associates, P.C. |
| Date / Fecha: | N/A |

_Modesto Perez_

_12-27-07_