UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARLON CASTRO, OCTAVIO RANGEL,
MARTIN VASQUEZ, ALFREDO MARTINEZ,
RODOLFO MENDEZ, GERARDO ANGULO,
JUAN MARTINEZ, JOSE CERVANTES,
SERGIO SANCHEZ, ISRAEL SANCHEZ,
MARTINE PEREZ, GUILLERMO MENDOZA,   CONSENT TO JOIN LAWSUIT
OMAR CASTILLO, and AMANDO MARTINEZ,
on behalf of themselves and all others similarly    CONSENTIMIENTO
situated,                            PARA HACER
                     *Plaintiffs*,   PARTE DE UNA DEMANDA

        -against-

SPICE PLACE, INC., SPICE AVE., INC.,   07 CV 4657
BANGKOK PALACE II, INC., SPICE CITY,
INC., SPICE WEST, INC., KITLEN          ECF Case
MANAGEMENT, INC., JUTTANA
RIMREARTWATE, THANADHAM
THANEESAENGSIRI, KARNDA
VAJIRABANJONG, KEVIN LEATHERS,
KITTIGRON LIRTPANARUK, YONGYUT
LIMLEARTVATE, and YUANYONG
RIMREARTWATE,
                     *Defendants.*
------------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
        500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.

(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

| | |
|---|---|
| Name / Nombre: | **Alejandro Otilica Luna** |
| Address / Direccion: | **80-15 41st Ave** |
| | **Elmhurst, NY 11373** |
| Phone Number / Numero de Teléfono: | **(347) 456 2704** |
| Legal Representative / Abogado: | Michael Faillace & Associates, P.C. |
| Other / Otro: | N/A |
| Signature / Firma: | *Alejandro Luna* |
| Date / Fecha: | 12-27-07 |