UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Castro

    -v.-

Spice Place, Inc.
------------------------------------------------------------X

07 Civ. 4657 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

Please be advised that the conference scheduled for March 27, 08 has been rescheduled to April 10, 08 at 10:00 Am in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
3-25-08

_____
ROBERT W. SWEET
United States District Judge