UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

Castro,

    -v.-

Spice Place

------------------------------------------------------X

Amended

07 Civ. 4657 (RWS)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-28-08
```

Please be advised that the conference scheduled

for April 10, 08 has been rescheduled to

April 17, 08 at 2pm in Courtroom 18C

Please notify opposing counsel of the change.


SO ORDERED.

Dated:  New York,  New York
      3-28-08

ROBERT W. SWEET
United States District Judge