# LAW OFFICE OF
## RICHARD E. SIGNORELLI
### ATTORNEY AT LAW

799 Broadway, Suite 539, New York, New York 10003
Telephone: (212) 254-4218  Cellular: (917) 750-8842  Facsimile: (212) 254-1396
Website: www.nycLITIGATOR.com℠  E-mail: rsignorelli@nycLITIGATOR.com℠



RECEIVED MAY 15 2008 JUDGE SWEET

May 15, 2008

<u>Via Facsimile 212 805 7925</u>
Honorable Robert W. Sweet
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08

Re:  <u>Castro, et al. v. Spice Place, Inc., et al.</u>
07 CV 4657 (RWS)

Dear Judge Sweet:

With Robert D. Lipman of the firm of Lipman & Plesur, LLP, I represent Spice Place, Inc., Spice Avenue, Inc., Bangkok Palace II, Inc., Spice City, Inc., Spice West, Inc., Kitlen Management, Inc., Kittigron Lirtpanaruk, and Yongyut Limleartvate, the remaining defendants in the above-referenced case. As discussed with Mr. Chan, we respectfully request that the Court hold another settlement conference in this matter on Tuesday, May 20, 2008, at 10:30 a.m. The Attorney General has indicated its willingness to participate in this settlement conference. Counsel for the plaintiffs have not yet indicated their position one way or the other about participating in this conference. However, based on the progress made at the last settlement conference, we believe that this proposed settlement conference could serve an important and productive purpose. Thank you for your consideration of this matter.

Respectfully,

Richard E. Signorelli

cc (via e-mail):
Michael A. Faillace, Esq.
Peter G. Eikenberry, Esq.
Juno Turner, Esq.
Robert D. Lipman, Esq.

SO ORDERED:

Sweet
U.S.D.J.

5-16-08