

ISAREL* UNIVERSITY
4/5-4/11/2004

7 x 50 = (350)

| Day | Extra or Lost Time | Regular Time | Notes |
|---|---|---|---|
| 1st DAY | | 04-05—11:20 MO / 04-05—23:27 MO | late $5 |
| 2nd DAY | | 04-06—11:18 TU / 04-06—23:46 TU | late $5 |
| 3rd DAY | | 04-07—10:57 WE | |
| 4th DAY | | 04-07—23:36 WE / 04-08—10:57 TH / 04-09—00:05 FR | |
| 5th DAY | | 04-09—11:00 FR / 11:30 FR | |
| 6th DAY | | 04-10—11:08 ST / 04-11—00:18 SN / 04-11—11:05 SN | |
| 7th DAY | | 04-11—23:06 SN | |

TOTAL "OUT" REGISTRATIONS
TOTAL "IN" REGISTRATIONS
"OUT" minus "IN" = NET TIME
NOTE: REGISTRATIONS MUST BE 0.23 HRS. AND 10THS OR 100THS OF HR.