UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARLON CASTRO, OCTAVIO RANGEL,
MARTIN VASQUEZ, ALFREDO MARTINEZ,
RODOLFO MENDEZ, GERARDO ANGULO, JUAN
MARTINEZ, JOSE CERVANTES, SERGIO
SANCHEZ, ISRAEL SANCHEZ, MARTINE PEREZ,
GUILLERMO MENDOZA, OMAR CASTILLO, and
AMANDO MARTINEZ, individually and on behalf
of others similarly situated,

                                           *Plaintiffs*,

                          -against-

SPICE PLACE, INC., SPICE AVE., INC.,
BANGKOK PALACE II, INC., SPICE CITY, INC.,
SPICE WEST, INC., KITLEN MANAGEMENT,
INC., JUTTANA RIMREARTWATE,
THANADHAM THANEESAENGSIRI, KARNDA
VAJIRABANJONG, KEVIN LEATHERS,
KITTIGRON LIRTPANARUK, YONGYUT
LIMLEARTVATE, and YUANYONG
RIMREARTWATE,

                                           *Defendants.*
------------------------------------------------------------------X

**ECF Case**

**FLSA § 216(b) Collective Action**

**FRCP Rule 23 Class Action**

**07 CV 4657 (RWS)(DFE)**

**AFFIDAVIT OF MICHAEL A. FAILLACE**

STATE OF NEW YORK    )
                                 ) ss
COUNTY OF NEW YORK  )

    MICHAEL A. FAILLACE, being duly sworn, says:

1. I am a member of the bar of this Court and an attorney for plaintiffs.

2. I make this affidavit in support of plaintiffs' motion:

    (a)    to proceed as a collective action pursuant to Section 216(b) of the Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b), and

    (b)    to authorize plaintiffs to post and circulate a notice of pendency and consent to join form to all individuals who are similarly situated in this collective action, and

    (c)    to compel defendants to furnish the names and last known physical addresses of those individuals in the collective action; and

    (d)    for class certification of plaintiffs' claims under the New York Labor Law

1

(the "NY class claims.)

3. I have over 25 years' experience as an attorney practicing primarily in employment law, and more recently, predominantly in wage and hour litigation.

4. I spent over 16 years of my career as in-house counsel for I.B.M., having advised my employer on, *inter alia*, numerous labor and employment matters, including multiple wage and hour issues across the country.

5. I serve as an adjunct professor of law for Fordham University School of Law, where I teach a class on employment law.

6. I have authored numerous publications on employment and labor law, including a treatise on the ADA, and a published article on the FLSA.

7. I have litigated over 50 wage and hour cases.

8. Among the cases I have brought, one has been certified as a collective action under FLSA §216(b); (see Cepeda v. Easy Way Parking and Castle Parking Corp., 01 CV 11506 (S.D.N.Y.)) and I am currently seeking certification of FLSA collective actions, and FRCP Rule 23 class actions, in several other matters.

9. Counsel has agreed to advance all costs of this litigation with the proviso that plaintiffs reimburse counsel for all expenses whatever the outcome of the litigation.

_____
Michael A. Faillace (MF-8436)

Sworn to before me this
20th day of May 2008

_____
Notary Public

YOLANDA RIVERO
Notary Public, State of New York
No. 02RI6061584
Qualified in Queens County
Commission Expires July 16, 2011

2