# ROBERT C. RUHLIN

100 Maiden Lane, Apt. 1711, New York, NY 10038 • Phone: (614) 598-1695
*robruhlin@gmail.com*

## PROFILE

- Bar Admissions:  New York, New Jersey, S.D.N.Y., E.D.N.Y.
- Memberships:  Federal Bar Council, New York County Lawyers' Association

## LEGAL EXPERIENCE

- LAW OFFICE OF PETER G. EIKENBERRY; New York, NY, Associate Attorney (2006 to present)

## INTERNSHIPS AND CLINICAL EXPERIENCE

- U.S. COURT OF APPEALS FOR THE SIXTH CIRCUIT, Judicial Extern for Judge R. Guy Cole (2005)
    ° Advised the judge and law clerks on issues arising in asylum and sentencing appeals.
    ° Drafted bench memoranda in cases set for telephonic oral argument.
- CIVIL LITIGATION PRACTICUM, OSU Moritz College of Law (2006)
    ° Deposed and defended the depositions of architects and structural engineers in a construction defect case.
    ° Counseled clients in negotiations that led to a favorable settlement.
- MULTI-PARTY MEDIATION PRACTICUM; OSU Moritz College of Law (2005)
    ° Mediated disputes at the Columbus Night Prosecutor's Mediation Program.
- JANIK & DORMAN, L.L.P; Cleveland, OH, Summer Associate (2005)
    ° Researched legal and factual issues regarding product liability, professional liability, insurance, and commercial litigation and drafted memoranda, motions, and other legal documents.
- FARLOW & ASSOCIATES, L.L.C.; Dublin, OH, Law Clerk (2005-2006)
    ° Researched legal and factual issues regarding casualty, education, family, and criminal law.
    ° Drafted memoranda and pre-trial documents and assisted with case management.
- OFFICE OF THE OHIO CONSUMERS' COUNSEL; Columbus, OH, Legal Intern (2004)
    ° Researched and drafted legal documents regarding the enforcement of consumer protection laws in administrative hearings before the Public Utilities Commission and the Federal Energy Regulatory Commission.

## EDUCATION

- THE OHIO STATE UNIVERSITY MORITZ COLLEGE OF LAW, Columbus, OH
    *Juris Doctor*, May 2006        Num. Avg.:  93.1%        Class Rank:  Top 20-25%
    ° Law Review- *Ohio State Law Journal*:  Associate Editor
    ° Moot Court
    ° Public Service Fellow
    ° Pro Bono Research Group:  Managing Editor

- THE OHIO STATE UNIVERSITY, Columbus, OH
    *Bachelor of Science*, *magna cum laude*, with Honors, June 2003
    Major: Psychology    Minors: Political Science, Philosophy        GPA:  3.75
    ° Ohio State Honors Program
    ° Phi Beta Kappa