# Nathaniel T. Arden

4042 Charter Oak Way • Columbus, OH 43219 • (216) 287-0093 • ntarden@gmail.com

---

## EDUCATION

**The Ohio State University Moritz College of Law**                                        Columbus, OH
J.D. Candidate, May 2009
GPA: 3.55/4.00
Academic Activities:
    Privacy Issues Editor: *I/S: A Journal of Law and Policy for the Information Society*

**Case Western Reserve University School of Law**                                        Cleveland, OH
August 2006 – May 2007
GPA: 3.37/4.00
Class Rank: 66/227
Awards and Honors
    Dean's Honor List Fall 2006; CALI award in Legal Writing; CALI award in Lawyering Skills; Selected as 1 of
    8 Law School Writing Tutors

**Case Western Reserve University**                                        Cleveland, OH
B.A. in Economics, May 2006
Awards and Academic Activities
    Dean's List, Spring 2005, Fall 2005; Economics Capstone group project; Econometrics Regression Analysis
    research project

## EXPERIENCE

**Justice Visitaciòn-Lewis, New York County Supreme Court**                                        New York, NY
    *Legal Intern*, May 2007-August 2007
    - Drafted memos and court opinions for the Judge.
    - Performed legal research.
    - Participated in settlement conferences with Judge and court attorneys.
    - Witnessed court proceedings.

**Taft, Stettinius & Hollister, LLP**                                        Cleveland, OH
    *Legal Intern*, May 2006-August 2006
    - Aided Partner in patent research, and assisted in compiling a Privilege Log.
    - Drafted summary outlines of Appellate Briefs for use in 6th Circuit oral argument.
    - Accompanied Partner to 6th Circuit oral argument.

**Audit Department, Case Western Reserve University**                                        Cleveland, OH
    *Construction Auditor Intern*, May 2005-August 2005
    - Reviewed contracts, change orders, and pay applications for major construction projects.
    - Compiled databases for audit of $100 million construction project.
    - Participated in dispute resolution meetings with contractors.

**Neenan Farms**                                        Lima, NY
    *Laborer/Farmhand*, May – August, 2001- 2004
    - Worked 50-60 hours per week on large family-owned farm.
    - Noted for working hard, and willingness to undertake new challenges.

## VOLUNTEER ACTIVITIES

**Habitat for Humanity,** September 2003 – May 2004                                        Cleveland, OH
    - Helped build houses in local community.

**Big Brother/Big Sister**, August 2004 – May 2005                                        Cleveland, OH
    - Mentored and tutored local elementary school student.