**BANGKOK PALACE 2 INC.**
1411 2ND AVENUE
NEW YORK, NY 10021

**CHRISTOPHER MIU**
*Certified Public Accountant*

PERIOD ENDING 02/05/2006  PAY DATE 02/05/2006  CHECK NO. 010166
EXEMPTION STATUS: Single Resident, 0 dependent(s)  ALFREDO MENDEZ MARTINEZ 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

| GROSS | FICA | MEDICAL | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | MEALS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53.25 | 3.30 | 0.77 | 0.23 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 | 4.35 | 0.00 | 7.72 | 12.00 | 28.33 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | HOLIDAY | | TIPS | (401K) |
| 176.96 | 10.97 | 2.56 | 2.72 | 0.00 | 0.00 | 0.00 | 0.00 | 53.25 | | | | 20.62 | |

**KITLEN INC.**
75 2ND AVENUE
NEW YORK, NY 10003

**CHRISTOPHER MIU**
*Certified Public Accountant*

PERIOD ENDING 02/05/2006  PAY DATE 02/05/2006  CHECK NO. 010142
EXEMPTION STATUS: Single Resident, 0 dependent(s)  ALFREDO MENDEZ MARTINEZ 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

| GROSS | FICA | MEDICAL | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | MEALS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 293.27 | 18.18 | 4.25 | 29.29 | 8.38 | 4.22 | 0.00 | 0.00 | 40.00 | 4.35 | 1.00 | 7.72 | 12.00 | 118.20 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | HOLIDAY | | TIPS | (401K) |
| 1,425.53 | 91.46 | 21.39 | 162.79 | 43.82 | 27.76 | 0.00 | 0.00 | 293.27 | | | | 112.75 | |

**SPICE CITY INC**
114 NORTH 6TH ST.
BROOKLYN, NY 11211

**CHRISTOPHER MIU**
*Certified Public Accountant*

PERIOD ENDING 02/05/2006  PAY DATE 02/05/2006  CHECK NO. 010760
EXEMPTION STATUS: Single Resident, 0 dependent(s)  ALFREDO MENDEZ MARTINEZ 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

| GROSS | FICA | MEDICAL | FEDERAL | STATE | CITY | DISABILITY | OTHER | REG HRS | REG RATE | OT HRS | OT RATE | MEALS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85.20 | 5.28 | 1.24 | 3.42 | 0.00 | 0.00 | 0.00 | 0.00 | 12.00 | 4.35 | 0.00 | 7.72 | 12.00 | 42.26 |
| YEAR TO DATE | | | | | | | | REGULAR | OVERTIME | HOLIDAY | | TIPS | (401K) |
| 243.06 | 15.07 | 3.53 | 9.01 | 0.00 | 0.00 | 0.00 | 0.00 | 85.20 | | | | 33.00 | |