UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

MARLON CASTRO, OCTAVIO RANGEL,
MARTIN VASQUEZ, ALFREDO MARTINEZ, RODOLFO
MENDEZ, GERARDO ANGULO, JUAN MARTINEZ,
JOSE CERVANTES, SERGIO SANCHEZ, ISRAEL
SANCHEZ, MARTINE PEREZ, GUILLERMO MENDOZA,
OMAR CASTILLO, and AMANDO MARTINEZ,
individually and on behalf of others
similarly situated,

                Plaintiffs,

  - against -

SPICE PLACE, INC., SPICE AVE., INC.,
BANGKOK PALACE II, INC., SPICE CITY,
INC., SPICE WEST, INC., KITLEN
MANAGEMENT, KITTIGRON LIRTPANARUK, and
YONGYUT LIMLEARTVATE,

                Defendants.

------------------------------------------x



07 Civ. 4657 (RWS)

O R D E R

Sweet, D.J.,

      Plaintiffs' motion for certification of a class action, pursuant to Rule 23, Fed. R. Civ. P., and a collective action, pursuant to 29 U.S.C. § 216(b), as well as Plaintiffs' motion to compel and motion for leave to circulate notice, dated May 21, 2008, will be heard on submission, without oral argument, on June 18, 2008. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

New York, NY
May 2𝟻, 2008

                                     ROBERT W. SWEET
                                     U.S.D.J.