UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARLON CASTRO, OCTAVIO RANGEL,
MARTIN VASQUEZ, ALFREDO MARTINEZ,
RODOLFO MENDEZ, GERARDO ANGULO, JUAN
MARTINEZ, JOSE CERVANTES, SERGIO
SANCHEZ, ISRAEL SANCHEZ, MARTINE PEREZ,
GUILLERMO MENDOZA, OMAR CASTILLO, and
AMANDO MARTINEZ, individually and on behalf
of others similarly situated,

                        *Plaintiffs*,

                      -against-

                                                   **NOTICE OF**
SPICE PLACE, INC., SPICE AVE., INC.,                     **APPEARANCE**
BANGKOK PALACE II, INC., SPICE CITY, INC.,
SPICE WEST, INC., KITLEN MANAGEMENT,
KITTIGRON LIRTPANARUK, and YONGYUT
LIMLEARTVATE,

                        *Defendants*.
-------------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

       PLEASE TAKE NOTICE that Peter G. Eikenberry and Robert C. Ruhlin, located at 74 Trinity Place, Suite 1609, New York, New York 10006, hereby enter their appearances in this matter as counsel for plaintiffs. Both are admitted to practice in this Court.

June 2, 2008

                                                   PETER G. EIKENBERRY

                                                   ROBERT C. RUHLIN

                                                   *Attorneys for plaintiffs*
                                                   74 Trinity Place, Suite 1609
                                                   New York, New York 10006
                                                   (212) 385-1050