```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

MARLON CASTRO, OCTAVIO RANGEL,
MARTIN VASQUEZ, ALFREDO MARTINEZ, RODOLFO
MENDEZ, GERARDO ANGULO, JUAN MARTINEZ,
JOSE CERVANTES, SERGIO SANCHEZ, ISRAEL
SANCHEZ, MARTINE PEREZ, GUILLERMO MENDOZA,
OMAR CASTILLO, and AMANDO MARTINEZ,
individually and on behalf of others
similarly situated,

                    Plaintiffs,
                                            07 Civ. 4657 (RWS)
     - against -
                                            O R D E R
SPICE PLACE, INC., SPICE AVE., INC.,
BANGKOK PALACE II, INC., SPICE CITY,
INC., SPICE WEST, INC., KITLEN
MANAGEMENT, KITTIGRON LIRTPANARUK, and
YONGYUT LIMLEARTVATE,

                    Defendants.

-------------------------------------------X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

Sweet, D.J.,

    Defendants' letter, dated May 29, 2008, will be treated as a motion and will be heard on submission, without oral argument, on Monday, June 18, 2008.

    It is so ordered.

New York, NY
June 2, 2008

                                               ROBERT W. SWEET
                                                  U.S.D.J.