UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARLON CASTRO, OCTAVIO RANGEL, MARTIN VASQUEZ, ALFREDO MARTINEZ, RODOLFO MENDEZ, GERARDO ANGULO, JUAN MARTINEZ, JOSE CERVANTES, SERGIO SANCHEZ, ISRAEL SANCHEZ, MARTINE PEREZ, GUILLERMO MENDOZA, OMAR CASTILLO and AMANDO MARTINEZ, individually and on behalf of others similarly situated,

                           Plaintiffs,

-against-

SPICE PLACE, INC., SPICE AVE., INC., BANGKOK PALACE II, INC., SPICE CITY, INC., SPICE WEST, INC., KITLEN MANAGEMENT, KITTIGRON LIRTPANARUK and YONGYUT LIMLEARTVATE,

                           Defendants.
------------------------------------------------------------------------X

07 CV 4657 (RWS)

AFFIRMATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR COLLECTIVE ACTION AND CLASS CERTIFICATION

## AFFIRMATION

Robert D. Lipman, an attorney duly admitted to practice in the State of New York, and aware of the penalties for perjury, affirms the truth of the following:

1. I am a member of the law firm of Lipman & Plesur, LLP, co-counsel for defendants and as such I am fully familiar with the prior proceedings in this matter.

2. This Affirmation is submitted in support of Defendants' Opposition to Plaintiffs' Motion for Collective Action and Class Certification.

3. Exhibit A attached hereto is a copy of Kittifron Lirtpananuk's affidavit.

4. Exhibit B attached hereto is a copy of the Supboena Duces Tecum served on defendants by the New York State Attorney General.

Dated: Jericho, New York
      July 17, 2008

By: _____
Robert D. Lipman (RL 3564)
Lipman & Plesur, LLP
Co-Counsel For Defendants
The Jericho Atrium
500 North Broadway
Suite 105
Jericho, NY 11753
(516)931-0050