UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MARLON CASTRO, OCTAVIO RANGEL, MARTIN VASQUEZ, ALFREDO MARTINEZ, RODOLFO MENDEZ, GERARDO ANGULO, JUAN MARTINEZ, JOSE CERVANTES, SERGIO SANCHEZ, ISRAEL SANCHEZ, MARTINE PEREZ, GUILLERMO MENDOZA, OMAR CASTILLO and AMANDO MARTINEZ, individually and on behalf of others similarly situated,

          Plaintiffs,

-against-

SPICE PLACE, INC., SPICE AVE., INC., BANGKOK PALACE II, INC., SPICE CITY, INC., SPICE WEST, INC., KITLEN MANAGEMENT, KITTIGRON LIRTPANARUK and YONGYUT LIMLEARTVATE,

          Defendants.
-----------------------------------------------------------------------X

07 CV 4657 (RWS)

AFFIRMATION IN SUPPORT OF DEFENDANTS' MOTION TO CONDUCT DISCOVERY AT THE APPROPRIATE TIME, IF DISCOVERY IS NECESSARY AT ALL

## AFFIRMATION

    Robert D. Lipman, an attorney duly admitted to practice in the State of New York, and aware of the penalties for perjury, affirms the truth of the following:

    1.  I am a member of the law firm of Lipman & Plesur, LLP, co-counsel for defendants, and as such I am fully familiar with the prior proceedings in this matter.

    2.  This Affirmation is submitted in support of Defendants' Motion To Conduct Discovery At The Appropriate Time, If Discovery Is Necessary At All.

    3.  Defendants have provided the New York State Attorney General ("OAG") with what I estimate to be tens of thousands of documents. The vast majority of these documents include information about non-plaintiffs as well as defendants' confidential financial information. I have spoken with Joshua Pepper, Assistant Attorney General, who informed me that counsel for plaintiffs wants all of these documents. Mr. Pepper's correspondence regarding plaintiffs request that the OAG to produce "documents that the Attorney General obtained from the defendants" is attached as Exhibit A.

Dated: Jericho, New York
       July 23, 2008

By: _____
Robert D. Lipman (RL 3564)
Lipman & Plesur, LLP
Co-Counsel For Defendants
The Jericho Atrium
500 North Broadway
Suite 105
Jericho, NY 11753
(516)931-0050