# EXHIBIT A



## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

**ANDREW M. CUOMO**
Attorney General

**LESLIE G. LEACH**
Executive Deputy Attorney General
Division of State Counsel

**JUNE DUFFY**
Assistant Attorney General in Charge
Litigation Bureau

(212) 416-8567
joshua.pepper@oag.state.ny.us

July 17, 2008

**VIA FACSIMILE AND MAIL**

Peter G. Eikenberry
74 Trinity Place, Suite 1609
New York, NY 10006

Re:   *Castro, et al. v. Spice Place, et al.*, Index No. 07-CV-4657

Dear Mr. Eikenberry:

    I write regarding the meeting we had yesterday in the hopes of resolving our differences regarding the subpoenas you have directed at the Attorney General and to certain former assistant attorneys general.

    As we stated yesterday, the Attorney General has no objection to producing documents that the Attorney General obtained from the defendants in the above-captioned action. You indicated that you planned to write a letter to the defendants requesting that they withdraw their objections to depositions, as stated in the letter from Robert D. Lipman to the court dated July 3, 2008, insofar as such objections apply to the production of these documents. If defendants withdraw that particular objection, then the Attorney General will produce those documents.

Peter G. Eikenberry, Esq.  
Re: *Castro v. Spice Place*

July 16, 2008  
Page 2

As to the other issues, I regret that we could not agree. If you believe that anything in this letter is inaccurate or otherwise wish to address these issues, please contact me immediately.

Yours truly,

*Joshua Pepper*  
Joshua Pepper  
Assistant Attorney General

cc: Juno Turner, Esq.  
Seth Kupferberg, Esq.  
Michael Faillace, Esq.  
Robert Lipman, Esq.  
Richard E. Signorelli, Esq.