UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARLON CASTRO, OCTAVIO RANGEL,
MARTIN VASQUEZ, ALFREDO MARTINEZ,
RODOLFO MENDEZ, GERARDO ANGULO, JUAN
MARTINEZ, JOSE CERVANTES, SERGIO
SANCHEZ, ISRAEL SANCHEZ, MARTINE PEREZ,     ECF Case
GUILLERMO MENDOZA, OMAR CASTILLO, and
AMANDO MARTINEZ, individually and on behalf     FLSA § 216(b) Collective
of others similarly situated,                   Action

                                        *Plaintiffs*,     FRCP Rule 23 Class
                                        -against-     Action

SPICE PLACE, INC., SPICE AVE., INC.,            07 CV 4657 (RWS)(DFE)
BANGKOK PALACE II, INC., SPICE CITY, INC.,
SPICE WEST, INC., KITLEN MANAGEMENT,            AFFIDAVIT OF
INC., JUTTANA RIMREARTWATE,                     MICHAEL A. FAILLACE
THANADHAM THANEESAENGSIRI, KARNDA
VAJIRABANJONG, KEVIN LEATHERS,
KITTIGRON LIRTPANARUK, YONGYUT
LIMLEARTVATE, and YUANYONG
RIMREARTWATE,

                                        *Defendants.*
-----------------------------------------------------------------X
STATE OF NEW YORK    )
                               ) ss
COUNTY OF NEW YORK  )

      MICHAEL A. FAILLACE, being duly sworn, says:

      1.     I am a member of the bar of this Court, and an attorney for the Plaintiffs in the above-referenced matter, and I am making a motion for collective action and class certification on their behalf.

      2.     I submit this affidavit in support of the above-mentioned motion, with respect to affidavits that were signed by the Plaintiffs.

      3.     The Plaintiffs are immigrants from Spanish-speaking countries in Central and

1

South America, and they predominantly speak and understand Spanish.

4.  I lived in Columbia, South America for the first seventeen years of my life, and during those formative years I only spoke Spanish. I later immigrated to the United States as an adult, and I became fluent in the English language.

5.  Therefore, I am fully fluent in both the English and Spanish languages.

6.  I conducted meetings with all of the Plaintiffs to prepare their affidavits in support of the aforementioned motion on the following dates: Saturday, April 12, 2008; Wednesday, April 16, 2008; Thursday, April 17, 2008; Saturday, May 10, 2008; and Tuesday, May 13, 2008.

7.  I had my associate, Yolanda Rivero, Esq., assist me in these meetings with some of the Plaintiffs.

8.  Specifically, I met with Plaintiffs Rodolfo Mendez, Humberto Badillo Morales, Humberto Otilica, Isreal Rodriguez Sanchez, Jorge Rosas, and Ramiro Lopez on April 12, 2008; and with Plaintiffs Juan Martinez and Martin Vasquez on May 10, 2008.

9.  During my meetings with the above-referenced Plaintiffs, I would obtain the information about their employment history with the Defendants.

10. Specifically, I would take the Plaintiffs' statements in Spanish, and translate what they told me into English and put this into their affidavit.

11. After the affidavit was finished, I would then read the statements contained in the affidavit back to each individual Plaintiff in Spanish.

12. I asked each Plaintiff whether the statements that I had just read to them was a complete and accurate accounting of what they had previously told me.

13. As soon as the individual Plaintiff confirmed that the information was true and

correct, I asked that they sign the affidavit and I witnessed their signature.

14.     However, Plaintiffs Humberto Badillo Morales, Humberto Otilica, Isreal Rodriguez Sanchez, Jorge Rosas, and Ramiro Lopez had their affidavits notarized by my associate, Yolanda Rivero, Esq.

_____
Michael A. Faillace (MF-8436)

Sworn to before me
This 23rd day of July 2008.

_____
Notary Public

**YOLANDA RIVERO**
Notary Public, State of New York
No. 02RI6061584
Qualified in Queens County
Commission Expires July 16, 2011

3

MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael Faillace [MF-8436]
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

MARLON CASTRO, OCTAVIO RANGEL, MARTIN VASQUEZ, ALFREDO MARTINEZ, RODOLFO MENDEZ, GERARDO ANGULO, JUAN MARTINEZ, JOSE CERVANTES, SERGIO SANCHEZ, ISRAEL SANCHEZ, MARTINE PEREZ, GUILLERMO MENDOZA, OMAR CASTILLO, and AMANDO MARTINEZ, individually and on behalf of others similarly situated,

                           *Plaintiffs*,

-against-

SPICE PLACE, INC., SPICE AVE., INC., BANGKOK PALACE II, INC., SPICE CITY, INC., SPICE WEST, INC., KITLEN MANAGEMENT, INC., JUTTANA RIMREARTWATE, THANADHAM THANEESAENGSIRI, KARNDA VAJIRABANJONG, KEVIN LEATHERS, KITTIGRON LIRTPANARUK, YONGYUT LIMLEARTVATE, and YUANYONG RIMREARTWATE,

                           *Defendants*.

-----------------------------------------------------------------X

07 CV 4657 (RWS)(DFE)

**AFFIDAVIT OF
Yolanda Rivero, Esq.**

**FLSA §216 (b)
COLLECTIVE ACTION**

**FRCP Rule 23
Class Action**

**ECF Case**

STATE OF NEW YORK     )
                               ) ss.
COUNTY OF NEW YORK  )

Yolanda Rivero, Esq., being duly sworn, says:

1. I am an associate attorney employed at Michael Faillace & Associates, P. C., who represents the Plaintiffs in this matter and submit this affidavit in support of the Plaintiffs' motion for collective action and class certification.

2. I am a member of the bar of this Court.

3. I grew up in a fully bilingual household, where English and Spanish were spoken fluently, and can easily speak and translate between the two aforementioned languages.

4. I assisted in the meetings that were conducted by my office with the Plaintiffs in the preparation of the Plaintiffs' affidavits for the collective action and class certification motion.

5. These meetings were held on Saturday, April 12, 2008; Wednesday, April 16, 2008; Thursday, April 17, 2008; Saturday, May 10, 2008; and Tuesday, May 13, 2008.

6. I met with Plaintiffs Caterino De Los Santos, Geraldo Angulo, Guillermo Gonzalez, Jose Castillo, Marlon Castro, Martine Perez, and Omar Castillo on April 12, 2008; with Plaintiff Guillermo Fragosa Mendoza on April 16, 2008; with Plaintiff Modesto Perez on April 17, 2008; with Plaintiffs Jose Cervantes on May 10, 2008; and with Plaintiff Sergio Sanchez on May 13, 2008.

7. Specifically, during all of these meetings with the Plaintiffs, I obtained the information from each Plaintiff about their work history with the Defendants in Spanish, and I translated that information into English for the affidavits.

8. Once the affidavit was complete, I then translated this information contained in the affidavit to each Plaintiff to confirm that the information was complete and accurate.

9. After translating the information, I asked each Plaintiff to sign the affidavit if the information that was just read to them was complete and true, and if it conformed with the information that he had related to me.

10. As soon as the Plaintiffs and I felt confident that the affidavit as translated was in a completed form, the Plaintiffs signed their own affidavits and I witnessed their signatures.

_____
Yolanda Rivero

Sworn to before me
This 23rd day of July 2008.

_____
Notary Public

MICHAEL FAILLACE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02FA6120964
Qualified in New York County
Commission Expires January 03, 2009