# LIPMAN & PLESUR, LLP
**PRACTICE IN THE AREA OF EMPLOYMENT AND LABOR LAW**
THE JERICHO ATRIUM • 500 N. BROADWAY • SUITE 105 • JERICHO, NY 11753-2131 • 516-931-0050
1350 BROADWAY • SUITE 2210 • NEW YORK, NY 10018-7802 • 212-661-0085
FACSIMILE 516-931-0030
attorneys@lipmanplesur.com

**VIA FACSIMILE**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

June 17, 2008

Re: <u>Marlon Castro et al. v. Spice Place, Inc. et al.</u>
07 CV 4657 (RWS)

Dear Judge Sweet:

We are co-counsel for defendants in the above-referenced case. After reaching a settlement with the Attorney General at our last settlement conference and working diligently over the past couple of weeks to work out the terms, we were notified today that "higher-ups" at the Attorney General's office will not approve the settlement as had been agreed and discussed with Your Honor. Defendants therefore request that they be permitted to respond to plaintiffs' motion for a class and collective action on or before July 17, 2008. Plaintiffs have not yet responded to our request that they consent to this proposed adjournment. Thank you for your consideration of this matter.

Respectfully,

Robert D. Lipman

RDL:ljt

cc: Peter G. Eikenberry, Esq. (Via E-Mail)
Michael A. Faillace, Esq. (Via E-mail)
Richard E. Signorelli, Esq. (Via E-mail)
Juno Turner, Esq. (Via E-mail)

SO ORDERED:

_____
U.S.D.J.