UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARLON CASTRO, OCTAVIO RANGEL, MARTIN VASQUEZ, ALFREDO MARTINEZ, RODOLFO MENDEZ, GERARDO ANGULO, JUAN MARTINEZ, JOSE CERVANTES, SERGIO SANCHEZ, ISRAEL SANCHEZ, MARTINE PEREZ, GUILLERMO MENDOZA, OMAR CASTILLO, and AMANDO MARTINEZ, individually and on behalf of others situated,

*Plaintiffs,*

-against-

SPICE PLACE, INC., SPICE AVE., INC., BANKOK PALACE II, INC., SPICE CITY, INC., SPICE WEST, INC., KITLEN MANAGEMENT, KITTIGRON LIRTPANARUK, and YONGYUT LIMLEARTVATE,

*Defendants.*

Docket Number 07-CV-4657
(RWS) (DFE)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that nonparty ANDREW CUOMO, Attorney General of New York State, will move before this Court, before the Honorable Robert W. Sweet, United States District Judge, at the United States Courthouse, United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on September 17, 2008, at 12 noon, for a Protective Order pursuant to Rule 45(c)(3)(A) of the Federal Rules of Civil Procedure quashing the subpoenas directed at the Attorney General and Assistant Attorneys General, together with costs, disbursements, attorneys' fees, and such other and further relief as the Court may deem just and proper under the circumstances.

PLEASE TAKE FURTHER NOTICE that in support of their motion, the Attorney General shall rely upon the declarations of Juno Turner, Esq., and Joshua Pepper, Esq., and the accompanying Memorandum of Law in Support of Nonparty Attorney General's Motion for Protective Order and To Quash Subpoena, dated July 30, 2008, and all prior papers and

proceedings herein.

    PLEASE TAKE FURTHER NOTICE that pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern District of New York and the Eastern District of New York, Plaintiff's answering papers, if any, should be served upon the undersigned no later than August 13, 2008, and the Attorney General's reply papers, if any, will be served upon counsel for Plaintiff no later than August 20, 2008.

Dated: New York, New York
       July 30, 2008

                    ANDREW M. CUOMO
                    Attorney General of the State of New York
                    *Attorney for Defendants*

        By:    /s/ Joshua Pepper
               JOSHUA PEPPER
               Assistant Attorney General
               120 Broadway, 24th floor
               New York, New York 10271
               Tel: 212-416-8567
               Fax: 212-416-6075