# PETER G. EIKENBERRY
74 TRINITY PLACE, STE 1609
NEW YORK, NEW YORK 10006

Peter C. Eikenberry
Robert C Ruhlin

TEL: (212) 385-1050
FAX: (212) 385-1017
pete@eikenberrylaw.com

July 10, 2008

*Via fax 212-416-6075*
The Office of
The Honorable Andrew Cuomo
Attorney General of the State of New York
120 Broadway
New York, New York 10271
Attention: Joshua Pepper, Esq.

*Castro et al: Spice Place et al*
*07 cv 4657*

Dear Josh:

Thanks for your letter of July 9. We appreciate the spirit of our discussion yesterday and of your letter and look forward to meeting with you next week. If we work things out, there will probably be no need for depositions or document subpoenas. As to not seeking work product, you must consider some of the documents described in your letter as work product. I am informed at least in a matter involving A&P (in which Jennifer Brand was involved) that your office and Outten & Golden fully shared documents including documents that surely would be considered as work product and privileged. Yesterday, I asked you for a thoughtful appraisal of this situation where we share many of the same concerns as to the conduct of defendants.

Although there is nothing particularly confidential in this letter, we do not feel the need to share its contents with defendants' counsel since they represent the interests of parties adverse to the exploited workers we represent. Although I probably know many people in the Attorney General's office, I presently recall John Schwartz and David Ellenhorn. Please "say hello."

Thank you for your cooperation

Best wishes.

Sincerely,

Pete

PGEikenberry/rb
cc:
Michael Faillace, Esq.
Seth Kupferberg, Esq.
Juno Turner, Esq.