# PETER G. EIKENBERRY

74 Trinity Place, Suite 1609
New York, New York 10006
Phone: 212-385-1050
Fax: 212-385-1017

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO:   (212) 805-7925

To:  **Honorable Robert W. Sweet**
     Judge
     United States District Court

From:  Peter G. Eikenberry, Esq.

Client/Matter:  *Castro et al : Spice Place, Inc. et al*
                *07 cv 4657*

Date:  July 23, 2008

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Letter | 2 |

COMMENTS:

cc:   Juno Turner, Esq.            212-416-8694
      Robert David Lipman, Esq.    516-931-0030
      Richard E. Signorelli, Esq.  212-254-1396
      Michael Faillace, Esq        212-317-1620

* NOT COUNTING COVER SHEET IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT 212-385-1050

The information contained in this facsimile message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure and under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction.

**PETER G. EIKENBERRY**
74 TRINITY PLACE, STE. 1609
NEW YORK, NEW YORK 10006

Peter G. Eikenberry
Robert C. Ruhlin

TEL: (212) 385-1050
FAX: (212) 385-1017
pete@eikenberrylaw.com

July 23, 2008

*Via Fax*
The Honorable Robert W. Sweet
Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

*Castro et al : Spice Place, Inc. et al*
*07 cv 4657 (RWS)*

Dear Judge Sweet:

Further to my letter of July 7, there have been recent developments. On July 16, Mr. Faillace, my associate Rob Ruhlin and I met at the N.Y.S. Attorney General's office at 120 Broadway with three attorneys from the office, Joshua Pepper, Seth Kupferberg and Juno Turner. They informed us that they would permit discovery of documents the office had secured in its investigation from defendants if defendants consented

After I asked Mr. Lipman for consent and he denied it, I attempted to have a Rule 26(f) telephone conference with him. He said he was not willing to have such a conference without a court order as to the scope of discovery whether class action or individual liability discovery. Since just about all defendants' delivery people have joined in plaintiffs' case, the difference between class and individual liability discovery appears illusory.

Mr. Lipman stated that if we agreed to mediation that defendants would turn over such documents as the mediator determined to be necessary for our participation in the mediation. I asked Mr. Lipman whether defendants would give a mediator the power to make such a determination, and he said no- that the mediator would have to secure defendants' consent. (Prospects for mediation do not appear promising although we have been exploring it with Mr Lipman.)

Thus, plaintiffs seek access to documents secured from defendants by the Attorney General. Plaintiffs will also be seeking compliance by the Attorney General with a subpoena as to document discovery, and plaintiffs continue to ask the Court for guidance on how effective discovery may be conducted. Since this letter is being filed on the motion return date, plaintiffs do not object to an extension of the return date on defendants' motion to stay discovery should defendants' counsel wish to further communicate with the Court.

Honorable Robert W. Sweet
Judge
July 23, 2008
Page 2 of 2

Respectfully submitted,

*[signature: Peter Q. R.]*

PGEikenberry/rb
cc (*via fax*):
Juno Turner, Esq.
Robert D. Lipman, Esq.
Richard E. Signorelli, Esq.
Michael Faillace, Esq.

2