# LIPMAN & PLESUR, LLP

PRACTICE IN THE AREA OF EMPLOYMENT AND LABOR LAW

THE JERICHO ATRIUM • 500 N. BROADWAY • SUITE 105 • JERICHO, NY 11753-2131 • 516-931-0050
1350 BROADWAY • SUITE 2500 • NEW YORK, NY 10018-7802 • 212-661-0085
FACSIMILE 516-931-0030
attorneys@lipmanplesur.com

**VIA E-MAIL**

Joshua Pepper, Esq.
Assistant Attorney General
State of New York
Office of the Attorney General
120 Broadway
New York, NY 10271-0332

July 18, 2008July 18, 2008

Re:   **Castro, et al. V. Spice Place, et al.
        Index 07-CV-4657**

Dear Mr. Pepper:

Thank you for copying me on your July 17, 2008 letter. There is a motion pending in the above-referenced case before Judge Sweet regarding whether plaintiffs may take any discovery at this stage. The motion is returnable on July 23, 2008. Until that motion is decided, plaintiffs should not receive copies of any of defendants' documents. Further, plaintiffs will likely never be entitled to any documents - or portions of documents - that do not relate to them. Defendants are vigorously opposing plaintiffs' application for a collective and class action and expect that plaintiffs will not be entitled to any class-based discovery in this case.

If you have any questions, please do not hesitate to contact me. Thank you.

Very truly yours,

Robert D. Lipman

cc:   Richard E. Signorelli, Esq.
      Juno Turner, Esq.
      Michael Faillace, Esq.
      Seth Kupferberg, Esq.
      Peter G. Eikenberry, Esq.