**Juno Turner - Castro et al: Spice Place et al**

**From:** <pete@eikenberrylaw.com>
**To:** "Turner, Juno" <juno.turner@oag.state.ny.us>
**Date:** 6/13/2008 4:26 PM
**Subject:** Castro et al: Spice Place et al

Dear Juno:

Please let me know whether you will accept service of the subpoenas delivered by hand to you on June 10.

Thanks for your help.

Best wishes.

**Peter G. Eikenberry**
74 Trinity Place, Suite 1609
New York, New York 10006
(212) 385-1050
(212) 385-1017 fax