**Juno Turner**

**From:** &lt;pete@eikenberrylaw.com&gt;
**To:** "Turner, Juno" &lt;juno.turner@oag.state.ny.us&gt;
**Date:** 6/16/2008 2:02 PM
**CC:** &lt;pete@eikenberrylaw.com&gt;

Hi Juno:
Can you inform me as to whether you will accept service of subpeonas.
Thanks,
Pete
**Peter G. Eikenberry**
74 Trinity Place, Suite 1609
New York, New York 10006
(212) 385-1050
(212) 385-1017 fax