**From:** Juno Turner
**To:** pete@eikenberrylaw.com
**Date:** 6/16/2008 2:38 PM
**Subject:** Re:

Dear Pete:
In response to your e-mail concerning subpoenas (which, contrary to your letter, were mailed on June 9th, not hand-delivered on June 10th, and which I saw for the first time today): I will respond as soon as I have discussed your request with Ms. Boylan and Ms. Brand.
Thank you -
Juno


Juno Turner
Assistant Attorney General
NYS Attorney General's Office, Labor Bureau
120 Broadway, 26th Floor
New York, New York 10271
212.416.6149
facsimile 212.416.8694


>>> <pete@eikenberrylaw.com> 6/16/2008 2:01 PM >>>

Hi Juno:
Can you inform me as to whether you will accept service of subpeonas.
Thanks,
Pete
Peter G. Eikenberry
74 Trinity Place, Suite 1609
New York, New York 10006
(212) 385-1050
(212) 385-1017 fax