

| | | |
|---|---|---|
| ANDREW M. CUOMO<br>Attorney General | STATE OF NEW YORK<br>OFFICE OF THE ATTORNEY GENERAL<br>212.416.6149 | DIVISION OF SOCIAL JUSTICE<br>LABOR BUREAU |

June 24, 2008

Peter G. Eikenberry, Esq.
74 Trinity Place, Suite 1609
New York, NY 10006

VIA FAX: (212) 385-1017

    Re:    Castro et al. v. Spice Place, Inc. et al.
            Service of subpoenas

Dear Mr. Eikenberry:

I write in response to your inquiry as to whether I would accept service of the subpoenas which I received by mail on June 12, 2008 seeking testimony and the production of documents from Lorelei Boylan, Jennifer Brand, and myself. I am authorized to accept service of the subpoenas addressed to Ms. Brand and myself. Ms. Boylan has not authorized me to accept service on her behalf and therefore I cannot waive personal service as to her.

I accept service of the subpoenas addressed to Ms. Brand and myself without waiving any defenses as to the propriety and validity of the subpoenas, and without waiving any privileges or other protections that may apply.

Our office will seek to have these subpoenas quashed and/or to have a protective order entered; even in the event that the Court does not grant our motion, the depositions will need to be adjourned to a later date. Please advise as to future dates on which you will be available.

Thank you.

                                                Very Truly Yours,

                                                Juno Turner
                                                Assistant Attorney General