UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Castro,

-v.-

Spice Place, Inc.,
-------------------------------------------------------------------X

07 Civ. 4657 (RWS)

Please be advised that the conference scheduled

for **Oct 28, 09** has been rescheduled to

**Dec 2, 09** at **4:30pm** in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
10/28/09

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/09
```

_____
ROBERT W. SWEET
United States District Judge